

## IN THE CIRCUIT COURT FOR HOWARD COUNTY, MARYLAND

| | | |
|---|---|---|
| ARTHUR E. SELNICK ASSOCIATES, INC. | * | |
| Plaintiff | * | |
| v. | * | Case No. 13-C-08-073790 DJ |
| HOWARD COUNTY, MARYLAND | * | |
| and | * | |
| ALL OWNERS OF REAL PROPERTY LISTED ON SCHEDULE A OF THIS COMPLAINT | * | |
| Defendants | * | |

### STIPULATION CHANGING NAME OF DEFENDANT

TO THE CLERK:

Plaintiff named as a Defendant in this action TCW Realty Fund VI San Tomas Limited Partnership. That entity is now named "Route One Hundred Limited Partnership," d/b/a Route 100 Limited Partnership. Please substitute Route One Hundred Limited Partnership as the correctly named Defendant pursuant to Md. Rule 2-241. Thank you.

Respectfully submitted,

/s/ Mark J. Hardcastle
Mark J. Hardcastle
One Church Street, Suite 802
Rockville, Maryland 20850
(301) 251-0202 - voice
(301) 251-0849 - facsimile
mjhardcastle@gmail.com - e-mail

Co-Counsel for Plaintiff

/s/ Erin O. Millar
Erin O. Millar, Esq.
Whiteford, Taylor & Preston LLP
Seven St. Paul Street
Baltimore, Maryland 21202-1636
voice - (410) 659-6424
fax - (410) 234-2377
emillar@wtplaw.com

Counsel for Defendant
Route One Hundred Limited Partnership

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April 2009, I mailed a copy of the foregoing Stipulation to:

Tracy E. Skinner, Esq.
Louis P. Ruzzi, Esq.
Senior Assistant County Solicitors
3430 Courthouse Drive
Ellicott City, Maryland 21043
*Attorneys for Howard County, MD*

Kristin C. Lawrence, Esq.
Assistant Attorney General
State Highway Administration
707 N. Calvert Street
Baltimore, Maryland 21202
*Attorney for State of Maryland*

Todd R. McFarlane, Esq.
Office of General Counsel
Seventh-Day Adventist Church
12501 Old Columbia Pike
Silver Spring, Maryland 20904-6600
*Attorney for Gen'l Conference Corp.
Seventh-Day Adventist Church*

Scott C. Speier, Esq.
The Speier Law Firm, LLC
11300 Rockville Pike, Suite 112
Rockville, Maryland 20852
*Attorney for Q & C Development LLC*

Jason N. Smith, Esq.
The Harrison Law Group
Suite 600
40 W. Chesapeake Avenue
Towson, Maryland 21204
*Attorney for Santa Barbara Court LLC*

Bruce E. Kaufman, Esq.
Kaufman & Forman, P.A.
406 W. Pennsylvania Avenue
Towson, Maryland 21204
*Attorney for Irish Creek. LLC*

Robert C. Park, Jr., Esq.
Linowes & Blocher LLP
Suite 800
7200 Wisconsin Avenue
Bethesda, Maryland 20814
*Attorney for Chicago Metallic Corp.*

Kurt J. Fischer, Esq.
Melissa L. Mackiewicz, Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209-3600
*Attorneys for San Tomas, L.P.*

Sang W. Oh, Esq.
Talkin & Oh, LLP
5100 Dorsey Hall Drive
Ellicott City, Maryland 21042-7870
*Attorney for Carrit Associates, LLC*

Robert W. Taylor, Esq.
Francomano, Butler, Melfa
& Taylor, P.A.
407 W. Pennsylvania Avenue
Towson, Maryland 21204
*Attorney for Ten G.P. Investors, LLC*

Alfred J. Szczerbicki, Esq.
Suite 500
28 Allegheny Avenue
Towson, Maryland 21204
*Attorney for Dan Fitzmaurice, LLC*

Daniel H. Scherr, Esq.
Carney, Kelehan, Bressler
Bennett & Scherr, LLP
Suite 200
10715 Charter Drive
Columbia, Maryland 21044
*Attorney for Elkridge Development LLC
& Belmont Station #1, LLC
& VIF II CEL-SCI Partners, LLC
WRIT, Sequa Corp., Writ Ltd. P/S*

Timothy F. Maloney, Esq.
Katherine S. Krametbauer, Esq.
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
*Attorneys for Glenan, LLC*

Thomas Murphy, Esq.
Friedlander Misler
Suite 700
1101 Seventeenth Street NW,
Washington, DC 20036
*Attorney for Fund VI/Kaiser I & III*

Joseph A. Lynott, III, Esq.
Lynott, Lynott & Parsons, P.A.
Suite 220
11 N. Washington Street
Rockville, Maryland 20850
*Attorney for Route 100 Assoc. LLC*

Donald J. Walsh, Esq.
Offit Kurman, P.A.
Suite 200
8 Park Center Court
Owings Mills, Maryland 21117
*Attorney for Council of Unit Owners
& Owners 6725 Santa Barbara Ct.*

William F. Gibson II, Esq.
Shulman Rogers Gandal
 Pordy & Ecker, P.A.
11921 Rockville Pike
Rockville, Maryland 20852
*Attorney for NVR & Individual Condo Owners*

Ira L. Oring, Esq.
Fedder & Garten, P.A.
Suite 2300
36 South Charles Street
Baltimore, Maryland 21201-3177
*Attorney for TCW Realty Fund IV San Tomas II,
Amberton Obrecht, LLC, Belts Corporation,
Saga Ltd, Partnership, Christopher & Heather Lunsford & Lundford LLC*

David W. Clayton, Esq.
Suite 301, Mangels Bldg.
1414 Key Highway
Baltimore, Maryland 21230
*Attorney for Center for Social Change, Inc.*

Erin O'Brien Millar, Esq.
Whiteford Taylor & Preston, LLP
Seven Saint Paul Street
Baltimore, MD 21202-1636
*Attorney for TCW Realty Fund VI*
*San Tomas Limited Partnership*

_____
Mark J. Hardcastle